# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| Vitalii Antonenko | ) Case No. |
|  | ) 19-MJ-4153 (DHH) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2014 through January 2016 in the county of Middlesex in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1956(h) | (money laundering conspiracy) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SENIOR SPECIAL AGENT PETER GANNON

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Peter Gannon, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/26/2019

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, Chief U.S.M.J.
*Printed name and title*